UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

GWEN SAGER, EXECUTRIX OF THE )
ESTATE OF MARILEE SAGER, )
    Plaintiff, )
 )
v. )
 )
SUNBRIDGE HEALTHCARE )
CORPORATION D/B/A )
    Defendant )

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendant, Sunbridge Healthcare Corporation, in the above-entitled matter.

_____
Corey M. Dennis
Federal Bar No. ct28166
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500 (T)
(617) 439-7590 (F)
cdennis@morrisonmahoney.com

Date: 8/9/10

## CERTIFICATE OF SERVICE

I, Corey M. Dennis, do hereby certify that I have this day served the foregoing **NOTICE OF APPEARANCE** to all counsel of record in this action by mailing the same, postage prepaid to:

Bruce D. Jacobs, Esq.
Jacobs & Jacobs
700 State Street, Third Floor
New Haven, CT 06511
(203) 777-2300

Date: 8/9/10        Attorney: _____

1284882v1