UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GWEN SAGER, EXECUTRIX OF THE ESTATE OF MARILEE SAGER, <br>     Plaintiff, <br> <br> v. <br> <br> SUNBRIDGE HEALTHCARE CORPORATION <br>     Defendant | Case No: 3:10-cv-01292-JBA <br> <br> <br> <br> <br> <br> August 27, 2010 |

## MOTION REQUESTING PRE-FILING CONFERENCE REGARDING MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS AND COMPEL ARBITRATION

The Defendant, SunBridge Healthcare Corporation, pursuant to the Standing Order on Pretrial Deadlines, hereby files this Motion Requesting Pre-Filing Conference Regarding Motion to Dismiss or in the Alternative to Stay Proceedings and Compel Arbitration. The Defendant states as follows:

The Plaintiff, Gwen Sager, Executrix of the Estate of Marilee Sager, brings a negligence claim alleging that, as a result of the negligent care and treatment of the Defendant, the decedent, Marilee Sager, suffered severe, painful, and permanent injuries during her stay at the Arden House nursing home, and ultimately died. The Plaintiff has refused to submit this matter to arbitration, despite the fact that she signed an Arbitration Agreement agreeing, both individually and in her capacity as power of attorney for the decedent, to arbitrate disputes arising from the decedent's stay at the Arden House. See Arbitration Agreement, attached as Exhibit A.

The Defendant seeks to file a Motion to Dismiss or in the Alternative to Stay Proceedings and Compel Arbitration, given that the Plaintiff is bound to arbitrate the present dispute under

1286405v1

the agreement. The Defendant requests that the Pre-Filing Conference by conducted via telephone.

                              THE DEFENDANT,
                              SUNBRIDGE HEALTHCARE CORPORATION
                              By its attorney,

                              */s/ Corey M. Dennis*
                              Corey M. Dennis
                              Federal Bar No. ct28166
                              MORRISON MAHONEY LLP
                              250 Summer Street
                              Boston, MA 02210
                              Phone: (617) 439-7500
                              Fax: (617) 439-7590
                              E-mail: cdennis@morrisonmahoney.com

Dated: August 27, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2010 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Corey M. Dennis
Corey M. Dennis
Federal Bar No. ct28166
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Phone: (617) 439-7500
Fax: (617) 439-7590
E-mail: cdennis@morrisonmahoney.com

Dated: August 27, 2010

1286405v1